# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARY PAULETTE BORDEN**, as personal representative and administrator of the Estate of **HILLARD LEE BORDEN**, deceased, <br><br> Plaintiff, <br><br> v. <br><br> **3M COMPANY, INC., et al.,** <br><br> Defendants. | CASE NO. _____ <br><br> JURY TRIAL DEMANDED |

## DEFENDANT 3M COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 3M Company, Inc. states that it is a publicly-held corporation and no publicly-held corporation owns 10% or more of 3M Company, Inc.'s stock.

Dated: August 30, 2024

/s/ W. Larkin Radney, IV
One of the Attorneys for
Defendant 3M Company

OF COUNSEL:

M. Christian King
Harlan I. Prater, IV
W. Larkin Radney, IV
Wesley B. Gilchrist

1

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
wgilchrist@lightfootlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record, and that a copy was served via U.S. Mail to the following:

Gavin F. King
Rhone E. Jones
David L. Diab
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

David L. Martin, III
DAVID L. MARTIN, III, ATTORNEY AT LAW
Post Office Box 456
Moulton, Alabama 35650

/s/ W. Larkin Radney, IV
One of the Attorneys for
Defendant 3M Company

2