# U.S. District Court
# Northern District of Alabama (Northeastern)
# CIVIL DOCKET FOR CASE #: 5:24–cv–01187–LCB

| | |
|---|---|
| Borden v. 3M Company Inc | Date Filed: 08/30/2024 |
| Assigned to: Judge Liles C Burke | Date Terminated: 09/17/2024 |
| Case in other court:  Circuit Court of Lawrence County Alabama, 42–CV–24–900104 | Jury Demand: None |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1446 Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Mary Paulette Borden**
*as personal representative and administrator of the Estate of Hillard Lee Borden, deceased*

represented by **David Lawrence Diab**
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
P.O. Box 4160
Montgomer, AL 36103
334–269–2343
Fax: 334–954–7555
Email: david.diab@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Martin , III**
DAVID L MARTIN, ATTORNEY AT LAW
P O Box 456
Moulton, AL 35650
256–974–9200
Fax: 256–974–5033
Email: dave@dlm3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gavin Floyd King**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
218 Commerce Street
Montgomery, AL 36104
800–898–2034
Fax: 334–954–7555
Email: Gavin.King@BeasleyAllen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhon E Jones**
BEASLEY ALLEN LAW FIRM
218 Commerce Street
Montgomery, AL 36104
800–898–2034
Email: rhon.jones@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company Inc**       represented by  **Harlan Irby Prater , IV**
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
205−581−0700
Fax: 205−581−0799
Email: hprater@lightfootlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Christian King**
LIGHTFOOT FRANKLIN & WHITE LLC
400 North 20th Street
Birmingham, AL 35203
205−581−0700
Fax: 205−581−0799
Email: cking@lightfootlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Larkin Radney , IV**
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street, North
The Clark Building
Birmingham, AL 35203
205−581−0700
Fax: 205−581−0799
Email: lradney@lightfootlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley B Gilchrist**
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
205−581−0735
Fax: 205−380−9135
Email: wgilchrist@lightfootlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/30/2024 | 1 | NOTICE OF REMOVAL by 3M Company Inc from Circuit Court of Lawrence County Alabama, case number 42−CV−2024−900104, with **JURY DEMAND** in state court complaint, filed by 3M Company Inc. (Attachments: # 1 Exhibit A)(AHI) (Entered: 08/30/2024) |
| 08/30/2024 | 2 | NOTICE of Corporate Disclosure by 3M Company Inc (AHI) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 08/30/2024 | Ï | Filing Fee: Filing fee $ 405, receipt_number AALNDC–4669626 (B–13347). related document 1 NOTICE OF REMOVAL by 3M Company Inc from Circuit Court of Lawrence County Alabama, case number 42–CV–2024–900104, with **JURY DEMAND** in state court complaint, filed by 3M Company Inc. (Attachments: # 1 Exhibit A)(AHI). (Radney, W) Modified on 8/30/2024 (AHI). (Entered: 08/30/2024) |
| 09/12/2024 | Ï 3 | Unopposed MOTION for Extension of Time *to File Responsive Pleading* by 3M Company Inc. (Radney, W) (Entered: 09/12/2024) |
| 09/13/2024 | Ï 4 | TEXT ORDER: For good cause shown, the Court GRANTS the 3 Motion for Extension of Time. Defendant 3M's deadline to file a responsive pleading is extended until fourteen (14) days after a decision on remand if Plaintiff files a motion to remand, or, alternatively, twenty–one (21) days after the current responsive pleading deadline if Plaintiff does not file a motion to remand. Signed by Judge Liles C Burke on 09/13/2024. (SGS) (Entered: 09/13/2024) |
| 09/17/2024 | Ï 5 | ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of South Carolina for inclusion in MDL 2873; record electronically transferred to Clerk of Court in District of South Carolina. (KAM) (Entered: 09/17/2024) |